# United States Court of Appeals
## For the First Circuit

No. 14-1066

UNITED STATES OF AMERICA,

Appellee,

v.

BRUNEL CONSTANT, a/k/a Jamal,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on February 29, 2016, is amended as follows:

On page 13, line 13, "two-point" is replaced with "two-level"

On page 13, line 17, "two-point" is replaced with "two-level"

On page 20, line 23, "points" is replaced with "levels"